IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| BRIAN SABALVARO, | ) NO.: 19-12896-CAD |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: CAROL A. DOYLE |
| | ) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON September 3, 2019 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, U.S. Bankruptcy Judge, 219 S. Dearborn, Room 742, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on August 23, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Dana   O'Brien*
Dana   O'Brien
ARDC# 6256415

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **NOTICE OF MOTION ADDRESSES**

To Trustee:                                                       *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

To Debtor:                                                       *Served via U.S. Mail*
Brian Sabalvaro
21 Kristin Dr.
Unit 219
Schaumburg, IL 60195

To Attorney:                                                *by Electronic Notice through ECF*
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| BRIAN SABALVARO, | ) | NO.: 19-12896 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: CAROL A. DOYLE |
| | ) | |

# MOTION TO MODIFY THE AUTOMATIC STAY AND MOTION TO DISMISS

NOW COMES LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 21 Kristin Drive #219, Schaumburg, Illinois 60195 be Modified or alternatively that the above captioned Chapter 13 be dismissed, stating as follows:

1. On May 3, 2019, the above captioned Chapter 13 was filed.

2. On July 23, 2019, the above captioned Chapter 13 was confirmed.

3. LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC. services the first mortgage lien on the property located at 21 Kristin Drive #219, Schaumburg, Illinois 60195.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC. Post-petition payments are $1,110.33.

5. As of August 1, 2019, the post-petition mortgage payments are due and owing for June 1, 2019. The default to LoanCare, LLC as servicing agent for Lakeview Loan

Servicing, LLC. is approximately $3,330.99 through August 2019. Another payment will come due on September 1, 2019 in the amount of $1,110.33.

6. Attorney's fees and costs for this motion are due in the amount of $1,031.00.

7. The plan is in material default.

8. LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC. continues to be injured each day it remains bound by the Automatic Stay.

9. LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC. is not adequately protected.

10. The property located at 21 Kristin Drive #219, Schaumburg, Illinois 60195 is not necessary for the Debtor's reorganization.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 21 Kristin Drive #219, Schaumburg, Illinois 60195, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, or alternatively that the above captioned Chapter 13 be dismissed, and leave be granted to LoanCare, LLC as servicing agent for Lakeview Loan Servicing, LLC. to proceed with non-bankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:     /s/Dana O'Brien
Dana O'Brien
Illinois Bar No. 6256415
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com