# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtor          Brian Sabalvaro,                                    Case No        19-12896          Chapter    13
Moving Creditor  LoanCare, LLC as servicing agent for               Date Case Filed    May 3, 2019
                Lakeview Loan Servicing, LLC.

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe): Dismiss

Chapter 13    Date of Confirmation Hearing                      Date Plan Confirmed    July 23, 2019

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe)_____

2. Balance Owed as of August 1, 2019 $133,571.33
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $182,000.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
          Number of months __   Amount $_____
   b. ☒ Post-Petition Default
      i.  ☒ On direct payments to the moving creditor
          Number of months 3    Amount $4,361.99 (including attorney's fees and costs)
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months __   Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid  Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other (describe) Material payment default
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) __
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: August 23, 2019       Submitted By:     /s/Dana  O'Brien
                                              ARDC# 6256415
                                              McCalla Raymer Leibert Pierce, LLC