**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Brian Sabalvaro_____   Case No.   __19 B 12896__   Chapter __13__

All Cases: Moving Creditor _21 Kristin Condominium Association___   Date Case Filed _May 3, 2019_____

Nature of Relief Saught:   **XX** Lift Stay     Annul Stay    **XX** Other (describe) _____Dismiss_____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed  _07/23/2019_____

Chapter 7:        No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral

   a. **XX** Home _____ 21 Kristin Drive, Unit 219 & Parking Space #P-199, Schaumburg, IL
   b. ____ Car   Year, Make and Model _____
   c. ____ Other (describe)_____

2. Balance Owed as of Petition Date $0.00  Includes Fees and Costs._____
   Total of all other Liens against Collateral $122,971.00  Per Debtor(s) Schedule D._____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $182,000.00  Per Debtor(s) Schedule A

5. Default

   a. **XX** Pre-Petition Default
      Number of months _____0+_____ Amount $ _____0.00_____

   b. **XX** Post-Petition Default

      i. **XX** On direct payments to the moving creditor
         Number of months _____6+_____ Amount $ _____3,441.30_____
      ii. ____ On payments to the Standing Chapter 13 Trustee
         Number of months _____ Amount $ _____

6. Other Allegations

   a. ____ Lack of Adequate Protection § 362(d)(1)
      i. ____ No insurance
      ii. ____ Taxes unpaid       Amount $ _____
      iii. ____ Rapidly depreciating asset
      iv. **XX** Other (describe)_Failure to pay association assessments, fees, and costs_____

   b. ____ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ____ Other "Cause" § 362(d)(1)
      i. ____ Bad Faith _____
      ii. ____ Multiple filings _____
      iii. ____ Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i. ____ Reaffirm   ii. ____ Redeem   iii. ____ Surrender   iv. ____ No Statement of Intention Filed

Date: March 25, 2020              /s/ Ronald J. Kapustka_____
                                  Counsel for Movant

(Rev. 12/21/09)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

iManage\CTWE068\61028\4228232.v1-3/25/20